AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

**APPEARANCE**

Case Number: 08mj2101

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ALBERT RALPH FREEMAN, III

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/17/2008 | /s/ John C. Ellis, Jr. |
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD    228083 |
| | Print Name                            Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City           State          Zip Code |
| | (619) 234-8467      (619) 687-2666 |
| | Phone Number                      Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Case No. 08mj2101 |
| v. | ) ) | |
| ALBERT RALPH FREEMAN, III, | ) ) | |
| Defendant. | ) ) | |

   Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

   United States Attorney's Office
   880 Front Street
   San Diego, CA  92101


Dated:  July 17, 2008           */s/ John C. Ellis, Jr.*
                    JOHN C. ELLIS, JR.
                    Federal Defenders
                    225 Broadway, Suite 900
                    San Diego, CA 92101-5030
                    (619) 234-8467  (tel)
                    (619) 687-2666  (fax)
                    john_ellis@fd.org